May 25, 1993 [NOT FOR PUBLICATION]

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

No. 93-1152

JOSEPH R. GLIDDEN,

Plaintiff, Appellant,

v.

UNITED STATES OF AMERICA,

Defendant, Appellee.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MAINE

[Hon. Gene Carter, U.S. District Judge]
 

Before

Selya, Boudin and Stahl,
Circuit Judges.

Perry O'Brian on brief for appellant.

Jay P. McCloskey, United States Attorney, and Michael M.
 
DuBose, Assistant United States Attorney, on brief for appellee.

Per Curiam. We have reviewed the record and

conclude that the district court's findings were not clearly

erroneous. Counsel adequately informed appellant of the

government's proposed plea offer and of the likely sentencing

benefit of cooperating with the government. The judgment is

summarily affirmed pursuant to First Circuit Rule 27.1.

-2-